UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARLINE MATEO
OBO K.M.V.M.,

                Plaintiff,                        21 **CIVIL** 1663 (VF)

       -v-                                    **JUDGMENT**

ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated June 3, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
           June 3, 2022

                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**
                **BY:**       *K. Mango*

                                  **Deputy Clerk**